**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

DEBORAH S. HUNT
CLERK

Tel.  (513) 564-7000
www.ca6.uscourts.gov

April 11, 2023

Ms. Stephanie M. Carowan
Mr. Vito Salvatore Solitro
Ms. Deborah Ann Solove

RE:    Case No. 21-1741
       *USA v. Zachary Kennedy*

Dear Counsel:

Upon consideration of the petition for panel rehearing filed by the appellant, the hearing panel issued an amended opinion.

In light of the panel's action, we ask counsel for the appellant to determine whether the petition for panel rehearing is to be withdrawn.  If it is not, the appellant shall have until Tuesday, April 25, 2023, to file a memorandum of law supplementing his original petition.  Should the appellee wish to seek reconsideration of the amended opinion, it may do so by filing no later than Tuesday, April 25, 2023, an appropriate petition conforming with the requirements of the Federal Rules of Appellate Procedure and the Rules of the Sixth Circuit.  If this office does not hear from the parties by the close of business Tuesday, April 25, 2023, we will render the petition moot and no further action will be taken.

Very truly yours,

Deborah S. Hunt
Clerk

bh