Case No. 21-1741

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ZACHARY JOHN KENNEDY

    Defendant - Appellant


BEFORE:  KETHLEDGE, Circuit Judge;  WHITE, Circuit Judge;  BUSH, Circuit Judge;


Upon consideration of the motion of Deborah A. Solove to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.  The court will appoint new counsel to represent the appellant under the Criminal Justice Act.


    **ENTERED BY ORDER OF THE COURT**
    Deborah S. Hunt, Clerk

Issued: April 17, 2023